IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

GENERA11 LYON,                          *

                    Plaintiff,          *

v.                                          Case No.   5:25-cv-00346-MTT
                                        *

MCAFEE TOWERS INC et al.,
                                        *

                    Defendants.         *

_____         *


## J U D G M E N T

Pursuant to this Court's Order dated November 10, 2025, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 10th day of November, 2025.

                              David W. Bunt, Clerk


                              s/ Erin Pettigrew, Deputy Clerk